IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JASON GENTRY, | ) | Case No. 8:04CV185 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| REDLINE RECOVERY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Upon notice of settlement given to the magistrate judge Gary Wence, counsel for Plaintiff,

**IT IS ORDERED:**

1. On or before **May 27, 2005** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to the trial judge a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Rule 16 planning conference set for April 28, 2005 is cancelled upon the representation that this case is settled.

Dated: April 27, 2005.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge