IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JASON GENTRY, | CIVIL ACTION NO. 8:04CV185 |
| Plaintiff, | |
| vs. | **ORDER OF DISMISSAL** |
| REDLINE RECOVERY SERVICES, L.L.C., and COMPUCREDIT CORPORATION, | |
| Defendants. | |

This matter is before the Court on the Joint Stipulation for Dismissal between Plaintiff Jason Gentry and Defendant Redline Recovery Services, L.L.C. (Filing No. 50), and on the Stipulation of Dismissal With Prejudice of Defendant Compucredit Corporation, only, (Filing No. 51). The stipulations comply with the requirements of Fed. R. Civ. P. 41(a)(1)(ii), and the Court finds that stipulations should be approved. Accordingly,

IT IS ORDERED:

1. The Joint Stipulation for Dismissal between Plaintiff Jason Gentry and Defendant Redline Recovery Services, L.L.C. (Filing No. 50) is approved, and on the Stipulation of Dismissal With Prejudice of Defendant Compucredit Corporation, only, (Filing No. 51) is approved, and the relief requested in the stipulations is granted;

2. The Amended Complaint and all claims in this action are dismissed with prejudice; and

3. Each party shall pay their own costs and attorney fees, unless otherwise agreed by and between them.

Dated this 31st day of May, 2005.

By the Court:

s/Laurie Smith Camp
United States District Court Judge